UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-62178-CIV-COHN/SELTZER

SHANE VOSS,

    Plaintiff,

v.

BAG OCEAN CLUB, LLC

    Defendant.

_____/

**ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE DEFAULT AND DENYING PLAINTIFF'S MOTION FOR FINAL DEFAULT JUDGMENT**

**THIS CAUSE** is before the Court upon Defendant Bag Ocean Club, LLC's ("Bag") Motion to Set Aside Default ("Motion") [DE 14.]  The Court has considered the Motion, all related briefing, and the record in this case and is otherwise advised in the Premises.  For the reasons stated below, the Motion is hereby granted.

## BACKGROUND

The Complaint in this action was served upon Defendant on November 14, 2017.  [DE 4.]  Defendant's responsive pleading was due December 5, 2017.  [Id.]  On December 7, 2017, upon Defendant's failure to file a responsive pleading, the Clerk of this Court entered a clerk's default in favor of Plaintiff and against Defendant.  [DE 7.]  On December 12, 2017, Plaintiff moved for entry of a final default judgment.  [DE 8.]  On January 17, 2018, counsel entered an appearance on behalf of Defendant.  [DE 10.]  On January 26, 2018, with the motion for final default judgment still pending, Defendant moved to set aside the clerk's default.  [DE 14.]

In support of the Motion, Defendant submitted the Affidavit of George Marshall Butler [DE 16-1]. Mr. Butler is the manager of Defendant Bag. [Id. ¶ 2.] He attests that he maintains several residences and travels extensively. [Id. ¶ 3.] For this reason, he employs a company called CT Corporation ("CT") to serve as Bag's registered agent. [Id.] Plaintiff initially effected service of the Complaint by delivering it to CT. [DE 4-1.] But, rather than forward the Complaint to Bag's mailing address in Macon, Georgia, CT sent it to Mr. Butler's Fernandina Beach, Florida residence. [DE 16-1 ¶¶ 6-7.] This was a critical error. Because of Mr. Butler's frequent travel, he often spends extended time away from his residence. During these periods, mail accumulates. [Id. ¶ 5.] But at his Macon, Georgia address—which he uses as the mailing address for his business affairs—the mail is always monitored. [Id.]

Mr. Butler maintains that, due to his absence, he did not see the Summons and Complaint until he returned to Fernandina Beach on January 9, 2018. [Id. ¶ 8.] At that point, upon finding them in his accumulated, unopened mail, he immediately forwarded them to his insurance agent, which sent them to the insurance company, which then retained counsel. [Id. ¶¶ 8-11.] His counsel contacted Plaintiff's counsel within three business days of the retention. [Id. ¶ 12.]

## DISCUSSION

Federal Rule of Civil Procedure 55(c) provides that: "[t]he court may set aside an entry of default for good cause ."[1] And "defaults are seen with disfavor because of the strong policy of determining cases on their merits." Florida Physician's Ins. Co., Inc. v.

---

[1] Defendant moves pursuant to Rule 60(b)(1), which provides for relief from a final judgment on the grounds of "mistake, inadvertence, surprise, or excusable neglect." Fed. R. Civ. P. 60(b)(1). Yet, because there is no final judgment in this case, the Court finds that Rule 55(c) governs the analysis.

2

Ehlers, 8 F.3d 780, 783 (11th Cir. 1993).  Given the lack of willfulness on the part of Defendant, the absence of any meaningful prejudice to Plaintiff, the relatively brief period of time in default, Mr. Butler's diligence in addressing the Complaint when he received actual notice of it, and the strong judicial policy favoring the resolution of cases on their merits, the Court finds that Rule 55(c)'s good cause standard is satisfied.

## CONCLUSION

Accordingly, it is thereupon **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 14] is **GRANTED**.
2. The Clerk's Default [DE 7] is **VACATED**.
3. Plaintiff's Motion for Default Judgment [DE 8] is **DENIED**.
4. Defendant shall respond to the Complaint within fourteen (14) days of the date of this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of February, 2018.

                                                                                          _____
                                                                                          JAMES I. COHN
                                                                                          United States District Judge

Copies provided to:
Counsel of record via CM/ECF